UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMMER THOMPSON,

        Plaintiff,

v.

CONSUMER'S FIRST
MANAGEMENT, INC. et al.,

        Defendants.
_____/

Case No. 1:16-cv-966

HON. PAUL L. MALONEY

NOTICE OF SETTLEMENT

The parties have agreed to settle this action and intend to file closing documents no later than November 30, 2016

| | |
|---|---|
| Dated: September 23, 2016 | /s/ Phillip C. Rogers<br>Phillip C. Rogers (P34356)<br>Attorney for Plaintiff<br>40 Pearl Street, N.W., Suite 336<br>Grand Rapids, Michigan 49503-3026<br>(616) 776-1176<br>ConsumerLawyer@aol.com |